Alex Asil Mashiri, Esq. (SBN 283798)
alexmashiri@yahoo.com
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorneys for Plaintiff:
GLORIA PAVLOVICH

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA PAVLOVICH<br><br>Plaintiff,<br>v.<br><br>TSC ACCOUNTS RECEIVABLE SOLUTIONS<br><br>Defendant.<br>_____ | Case No. 3:17-cv-1516-JM-WVG<br><br><br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that GLORIA PAVLOVICH ("Plaintiff") and Defendant TSC ACCOUNTS RECEIVABLE SOLUTIONS have reached a settlement. The parties anticipate filing a joint motion dismissing the entire action with prejudice within 60 days. Because the parties have reached a settlement in this case, Plaintiff respectfully requests that all pleadings and filing requirements applicable to this case, including the ENE, be vacated.

Respectfully submitted,

DATED: August 21, 2017        **MASHIRI LAW FIRM**
                              By: /s/ Alex Asil Mashiri
                              Alex Asil Mashiri
                              Attorney for Plaintiff,
                              Gloria Pavlovich

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: August 21, 2017

**MASHIRI LAW FIRM**
By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff,
Gloria Pavlovich